IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELBA JOYCE MCDANIEL WALSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:24-cv-598-RAH-CSC |
| | ) | |
| STEPHEN BILLY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On October 2, 2024, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 3.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1404(a).

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

DONE, on this the 23rd day of October 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE